FILED
FEBRUARY 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 937**

| | | |
|---|---|---|
| MICHAEL LIDRICH, | ) | |
| Plaintiff, | ) ) ) | No. |
| vs. | ) ) | **JUDGE GETTLEMAN**<br>**MAGISTRATE JUDGE NOLAN** |
| ILLINOIS BELL TELEPHONE CO.,<br>d/b/a AT & T ILLINOIS. | ) ) ) | JURY TRIAL |
| Defendant. | ) ) | |

### COMPLAINT
### AGE DISCRIMINATION IN VIOLATION TO THE ADEA

NOW COMES the Plaintiff, MICHAEL LIDRICH ("Plaintiff"), by and through his attorney, MICHAEL T. SMITH & ASSOCIATES, and in complaining of the Defendant, ILLINOIS BELL TELEPHONE CO., d/b/a AT&T ILLINOIS. ("Defendant"), and states as follows:

### JURISDICTION AND VENUE

1. Plaintiff brings this action for benefits under the Age Discrimination in Employment Act of 1967 (hereinafter sometimes referred to as the ADEA), 29 U.S.C. § 621-634, under the specific provisions of the Age Discrimination in Employment Act, viz. 29 U.S.C. § 626(c).

2. Jurisdiction of this action is conferred upon the Court by Section 7(b) of the Age Discrimination in Employment Act, 29 U.S.C. § 626 (b) and Venue 28 U.S.C. § 1331.

3. The employment practices hereafter alleged to be unlawful were and are now being committed in the Northern District of Illinois, Eastern Division.

## PARTIES

4. Plaintiff is an adult person and a resident of Cook County, State of Illinois.

5. Plaintiff is an employee of the Defendant since March of 1999.

6. ILLINOIS BELL TELEPHONE CO., d/b/a AT&T ILLINOIS is an employer within the meaning of the Civil Rights Act and 42 U.S.C. 2000(e) *et seq.*, and has been at all times material to the allegations herein.

## STATEMENT OF FACTS

7. Plaintiff was a telecommunications specialist for the Defendant during the relevant times in 2005, for which this action is brought.

8. At all times relevant, Defendant, has been and is now an Illinois organized corporation, and has continuously had and now have at least 500 hundred (500) or more employees.

9. Plaintiff was born on September 4, 1945, and falls within the group protected by the ADEA.

10. At all times material herein and hereinafter mentioned Defendant Corporation has engaged in and employed its employees in commerce and in the production of goods for commerce between points in several states. The Defendant was, and is, and has been, at all times material herein, engaged in commerce within the meaning of the ADEA.

11. Defendant Corporation is an employer within the meaning of the ADEA.

12. On or about October 4, 2008, and continuously thereafter, while meeting the minimum standards of his employer, the defendant willfully discriminated against plaintiff because of his age. Plaintiff reached 60 years of age before September 14, 2005.

13. As a result of Defendant's actions, the Plaintiff has been subject to being treated differently than younger employees, in that, he has been subjected to unfair treatment in

the application of discipline while those younger have not been held to the same standards.

14. The Defendant's conduct was at all times willful and wanton entitling the Plaintiff to liquidated damages.

## PROCEDURAL FACTS

15. Plaintiff protested his unlawful treatment and on May 30, 2006, filed charges of the discrimination herein alleged with the Illinois Department of Human Rights (IDHR). Subsequently, the Equal Employment Opportunity Commission (EEOC) adopted the findings of IDHR. A true and correct copy of the Charge of Discrimination is attached hereto as Exhibit "A" and incorporated herein. Efforts by that agency to obtain voluntary compliance by the Defendant with the Age Discrimination in Employment Act have been unsuccessful thereby causing the EEOC to issue a Notice of Right to Sue letter. A true and correct copy of the Notice of Right to Sue is attached hereto as Exhibit "B" and incorporated herein.

16. This action has been timely filed within ninety (90) days of the receipt of the Notice of Right to Sue

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff prays that the court order such relief as is necessary to make the plaintiff whole, including:

1. This Honorable Court to issue an injunction to Defendant to enjoin the wrongful treatment to Plaintiff;
2. Pain and suffering damages due to the defendant's willful conduct;
3. Attorneys' fees and costs incurred in this action

4. Such other relief as is just and equitable.

5. The plaintiff requests a jury trial of this action.

MICHAEL LIDRICH

BY:**/S/ Michael T. Smith**
Michael T. Smith
Trial Attorney

Michael T. Smith
440 W. Irving Park Road
Roselle, IL 60172
(847) 895-0626
Attorney Number #6180407IL

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>06M0206.14 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2006CA2760 |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>Michael Lidrich | | HOME TELEPHONE (include area code)<br>(708) 387-05562 |
|---|---|---|
| STREET ADDRESS<br>9025 30th Street | CITY, STATE AND ZIP CODE<br>Brookfield, Illinois 60513 | DATE OF BIRTH<br>09 /04 /45 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>AT&T | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code)<br>(216) 822-5396 |
|---|---|---|
| STREET ADDRESS<br>20 South Canal Street | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60606 | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>AGE | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)   LATEST (ALL)<br>10/04/05              10/04 /05<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I.  A.  ISSUE/BASIS
    VERBAL REPRIMAND – OCTOBER 4, 2005, BECAUSE OF MY AGE, 60

    B.  PRIMA FACIE ALLEGATIONS
        1.  My age is 60.

        2.  My job performance as a telecommunications specialist/technician meets Respondent's legitimate expectations. I was hired on March 10, 1999.

        3.  On October 4, 2005, I received a verbal reprimand. The reason given for the verbal reprimand was for unsatisfactory work performance.

        4.  My work performance was comparable to that of younger employees who did not received a verbal reprimand.

MFP/JJT/RCG

DEPT. OF HUMAN RIGHTS INTAKE UNIT
RECEIVED MAY 30 2006 BY

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS<br><br>*David Labow*    5-25-06<br>NOTARY SIGNATURE        MONTH DATE-YEAR |
|---|---|
| "OFFICIAL SEAL"<br>DAVID LABOW<br>Notary Public, State of Illinois<br>My Commission Expires June 29, 2007<br><br>NOTARY SEAL | X *Michael P. Lidrich* 5/25/06<br>SIGNATURE OF COMPLAINANT    DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

Exhibit A