**FILED**
**FEBRUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 937**

In the Matter of       Case Number:
MICHAEL LIDRICH

V.

ILLINOIS BELL TELEPHONE CO., D/B/A AT&T ILLINOIS

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MICHAEL LIDRICH

| | |
|---|---|
| NAME (Type or print) Michael T. Smith | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Michael T. Smith | |
| FIRM Law Offices of Michael T. Smith | |
| STREET ADDRESS 440 W. Irving Park Road | |
| CITY/STATE/ZIP Roselle, Illinois 60172 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6180407IL | TELEPHONE NUMBER 847-895-0626 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |