IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL LIDRICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08-CV-00937 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| ILLINOIS BELL TELEPHONE COMPANY, ) | Magistrate Judge Nan R. Nolan |
| d/b/a AT & T ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE
ITS ANSWER OR OTHERWISE PLEAD**

Defendant ILLINOIS BELL TELEPHONE COMPANY (d/b/a AT&T Illinois), by its attorneys, hereby requests an extension of time to file its answer or other responsive pleading. In support of this motion, Defendant states as follows:

1. Defendant was served with the Summons and Complaint in this case on February 28, 2008.

2. Pursuant to Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, Defendant's answer or other responsive pleading to the Complaint must be filed by March 19, 2008.

3. Defendant cannot, with due diligence, prepare its responsive pleading by March 19, 2008. Defendant's counsel requires additional time to investigate the allegations and claims contained in the Complaint and to make a determination as to whether there are appropriate grounds to move to dismiss part or all of the Complaint. Because of its counsel's need for additional time, Defendant requests an additional 30 days, to and including April 18, 2008, in which to file its answer or other responsive

pleading.

4. Plaintiff's counsel Attorney Michael T. Smith, advised Defendant's counsel Attorney Oyvind Wistrom, that he has no objection to this motion.

5. This is the first and only extension of time requested by Defendant. This motion is made in good faith and not for the purpose of causing delay in this case.

WHEREFORE, Defendant Illinois Bell Telephone Company requests that the Court grant it an additional 30 days, to and including April 18, 2008, to file its responsive pleading.

March 17, 2008                     Respectfully submitted,

                                   ILLINOIS BELL TELEPHONE COMPANY

                                   s/ Laura A. Lindner
                                         One of Its Attorneys

Laura A. Lindner
Oyvind Wistrom
LINDNER & MARSACK, S.C.
411 East Wisconsin Avenue, Suite 1800
Milwaukee, WI 53202
(414) 273-3910
(414) 273-0522 (facsimile)
llindner@lindner-marsack.com

Stephen B. Mead
AT&T Legal Department
225 West Randolph Street, Suite 25A
Chicago, IL 60606
(312) 727-3506
stephen.mead@att.com