IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL LIDRICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08-CV-00937 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| ILLINOIS BELL TELEPHONE COMPANY, ) | Magistrate Judge Nan R. Nolan |
| d/b/a AT & T ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

TO:  Michael T. Smith, Esq.
     Michael T. Smith & Associates
     440 West Irving Park
     Roselle, IL 60172

PLEASE TAKE NOTICE that on Tuesday, March 25, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert Gettleman, or any judge sitting in his stead, located in Courtroom 1703, United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Defendant's Unopposed Motion for Additional Time to File Its Answer or Otherwise Plead**, a copy of which is attached and hereby served upon you.

March 17, 2008                    Respectfully submitted,

                                  ILLINOIS BELL TELEPHONE COMPANY

                                  s/ Laura A. Lindner
                                     One of Its Attorneys

Laura A. Lindner
Oyvind Wistrom
LINDNER & MARSACK, S.C.
411 East Wisconsin Avenue, Suite 1800
Milwaukee, WI 53202
(414) 273-3910
(414) 273-0522 (facsimile)
llindner@lindner-marsack.com

Stephen B. Mead
AT&T Legal Department
225 West Randolph Street, Suite 25A
Chicago, IL 60606
(312) 727-3506
stephen.mead@att.com