UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL LIDRICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 937 |
| vs. ) | |
| ) | Judge Gettleman |
| ILLINOIS BELL TELEPHONE CO., ) | |
| d/b/a AT & T ILLINOIS. ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF JOINT STIPULATION TO DISMISS

Now Comes the Plaintiff, Michael Lidrich by and through his attorney, Michael T. Smith, and by agreement and joint stipulation, dismisses this action with prejudice pursuant to FRCP 41 (a)(ii), each party bears their own costs.

Respectfully submitted,

**/s/ Michael T. Smith**
Michael T. Smith


**/s/ Oyvind Wistrom**
Oyvind Wistrom

Michael T. Smith # 06180407IL
440 W. Irving Park Road
Roselle, IL 60172
(847) 895-0626

Oyvind Wistrom
Lindner & Marsack, S.C.
411 East Wisconsin Avenue, Suite 1800
Milwaukee, WI 53202
(414) 273-3910

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that on April    , 2008, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of this filing of Notice of Dismissal of Plaintiff's Complaint to the following:

Oyvind Wistrom
Lindner & Marsack, S.C.
411 East Wisconsin Avenue, Suite 1800
Milwaukee, WI 53202
(414) 273-3910

            BY: s/Michael T. Smith
                Michael T. Smith

Michael T. Smith #06180407
440 W. Irving Park Road
Roselle, IL 60172
(847) 895-0626