## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 937 | **DATE** | 6/9/2008 |
| **CASE TITLE** | Michael Lidrich    vs    Ill. Bell Telephone Co. | | |

**DOCKET ENTRY TEXT:**

By agreement, this action is dismissed with prejudice pursuant to F.R.C.P. 41(a)(ii), and without costs.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|